JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Thomas Jeffries,<br><br>   Plaintiff,<br><br>  vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>   Defendant. | Case No. 1:25-cv-01647-JLT-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from March 5, 2026 to May 4, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due in the same week. For the weeks of February 23, 2026 and March 2, 2026, Plaintiff's Counsel has twelve merit briefs due and six replies due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: February 26, 2026        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: February 25, 2026        ERIC GRANT
                                United States Attorney
                                MATHEW W. PILE
                                Head of Program Litigation 1
                                Law & Policy
                                Social Security Administration

By:   */s/ Oscar Gonzalez de Llano*
      Oscar Gonzalez de Llano
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on February 25, 2026)

2

## **ORDER GRANTING EXTENSION IN PART**

The parties stipulate to a 60-day extension of time for Plaintiff to file his MSJ due to competing deadlines in other cases. However, this would interfere with the undersigned's docket management. Further, 60 days out seems at present to be premature to forecast counsel's competing deadlines.  Thus, a 30-day extension will be granted at this time without prejudice to counsel's ability to seek an additional extension if necessary.

Accordingly, it is **ORDERED** that Plaintiff's MSJ deadline is extended by 30 days to and including April 6th, 2026.

IT IS SO ORDERED.

Dated:    **February 27, 2026**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE