**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN THOMAS JEFFRIES,<br>Plaintiff,<br>v.<br>FRANK J. BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | Case No.: 1:25-cv-01647 JLT GSA<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPEAL, AND GRANTING THE COMMISSIONER'S REQUEST TO AFFIRM<br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF<br>(Docs. 13, 14, 15, 17) |

Sean Thomas Jeffries seeks judicial review of the administrative decision denying his application for supplemental security income under Title XVI of the Social Security Act, asserting that the administrative law judge erred in evaluating his residual functional capacity and failing to develop the record related to his mental impairment. (Docs. 1, 13, 15.) The Commissioner argued that the Court should affirm the decision of the ALJ because it was supported by substantial evidence and there was not a duty to further develop the record. (*See generally* Doc. 14.)

The magistrate judge found the ALJ properly rejected a 1-2 step task limitation, and the mental RFC was supported by substantial evidence in the record. (Doc. 17 at 5-8.) The magistrate judge also determined that the ALJ "did not commit harmful error" in evaluating Plaintiff's hand limitations and his subjective symptom testimony." (*Id.* at 12; *see also id.* at 9-12.) Finally, the magistrate judge found that Plaintiff failed to show the ALJ's duty to develop the record was triggered, or that the ALJ

erred by not ordering a psychological consultative examination. (*Id.* at 14-18.) Therefore, the magistrate judge recommended that the Court deny Plaintiff's motion for judgment, affirm the administrative decision, and enter judgment in favor of the Commissioner. (*Id.* at 18.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 17 at 18.) The Court also advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**.

1. The Findings and Recommendations dated September 3, 2026 (Doc. 17) are **ADOPTED** in full.
2. Plaintiff's appeal and motion for summary judgment (Docs. 13, 15) are **DENIED.**
3. Defendant's cross-motion to affirm the administrative decision (Doc. 14) is **GRANTED**.
4. The Clerk of Court is directed to terminate all pending matters and enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Sean Thomas Jeffries.

IT IS SO ORDERED.

Dated: September 28, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE